# UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF FLORIDA



# ARBITRATION AWARD

THE ARBITRATION AWARD IN THIS CASE HAS BEEN SEALED BY ORDER OF THE COURT.

HEREAFTER, THE AWARD MAY BE REVIEWED ONLY BY THE PARTIES TO THE ARBITRATION PROCEEDING, BY THE CLERK IN THE EVENT THAT ENTRY OF JUDGMENT IS APPROPRIATE PURSUANT TO LOCAL RULE 8.05(b), OR UPON ORDER OF THE COURT.

*************************************

Howard N. Flier and Linda Flier VS. Tubular Steel et al.

DOCKET NO. 6:00-cv-1229-Orl-19C08

*************************************

Dated: January 25, 2001

_____
DEPUTY CLERK

DOCUMENT NO. 64